UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **TROYAWN JONES**  </br>    Plaintiff, </br> </br> v. </br> </br> **ACCOUNT RESOLUTION SERVICES, LLC.,** </br>    Defendant. | ) </br> ) </br> ) </br> ) Case No. 5:23-cv-00714-D </br> ) </br> ) </br> ) </br> ) </br> ) |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff Troyawn Jones.

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

                                                                Respectfully submitted,

Dated: August 14, 2023                      By:  s/ Tiffany Hill
                                                                Tiffany Hill, Esq. (OBA# 31332)
                                                                PO Box 5302
                                                                Edmond, OK 73083
                                                                (405) 456-9406
                                                                thlegalconsulting@gmail.com
                                                                *ATTORNEY FOR PLAINTIFF*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document, using the electronic case filing system of the Court and a copy of the foregoing was served upon all parties of record via CM/ECF.

                              Respectfully submitted,

Dated: August 14, 2023              s/ Tiffany Hill
                                             Tiffany Hill, Esq. (OBA #31332)